374 A.2d 704

Commonwealth v. McFadden, Appellant.

Argued March 24, 1977.   Eugene H. Clarke, Jr., for appellant;  Vincent M. Lorusso, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.